# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | No. 3:16cr122 |
| --- | --- | --- |
|  | : |  |
|  | : | (Judge Munley) |
| v. | : |  |
|  | : |  |
| ANTHONY DIAZ, | : |  |
| Defendant | : |  |

## ORDER

**AND NOW**, to wit, this 25th day of July 2019, the defendant's pretrial motion seeking to strike surplusage from the First Superseding Indictment and requesting that the government be ordered to immediately disclose Federal Rule of Civil Procedure 404(b) evidence, (Doc. 55), is hereby **DENIED** without prejudice.

                                          **BY THE COURT**

                                          **s/ James M. Munley**
                                          **JUDGE JAMES M. MUNLEY**
                                          **United States District Court**