# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Criminal No. 3-CR-16-122 |
| **v.** | : | |
| | : | **(JUDGE MANNION)** |
| **ANTHONY DIAZ,** | : | |
| **Defendant** | : | |

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED:**

1. The Defendant's motion *in limine*, (Doc. 98), is **DENIED**; and

2. The Government will be allowed to introduce evidence of Diaz's employment history and regulatory investigation, as alleged in the Superseding Indictment, (Doc. 44), during its case-in-chief at trial.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: January 8, 2020**

16-122-01-ORDER.wpd